UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AGFA HEALTHCARE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BHUVANESWARI P. KITTUSAMY, and<br>PREM K. KITTUSAMY,<br><br>        Defendants. | 2:15-CV-01603-APG-CWH<br><br>ORDER GRANTING MOTION FOR<br>DEFAULT JUDGMENT<br><br>(Dkt. #14) |

Plaintiff AGFA HEALTHCARE CORPORATION filed a Motion for Default Judgment against defendants BHUVANESWARI P. KITTUSAMY and PREM K. KITTUSAMY pursuant to Federal Rule of Civil Procedure 55(b)(2). (Dkt. #14.) Good cause appears to grant the motion and enter default judgment.

IT IS HEREBY ORDERED that default judgment is entered in favor of AGFA HEALTHCARE CORPORATION and against defendants BHUVANESWARI P. KITTUSAMY and PREM K. KITTUSAMY, jointly and severally, in the principal amount of $962,979.77, plus attorneys' fees in the amount of $21,906.50 and costs in the amount of $1,574.60, for a total judgment of **$986,460.87**, calculated as follows:

    a.    **Guaranty of Lease 20997:**

| | |
|---|---|
| Principal Balance: | $529,776.06 |
| Interest:<br>[Calculated from 7/20/2014 to 12/3/2015 at the rate of 18% per annum ($261.26 per diem, 501 days)] | $130,891.26 |
| Payment Credit (12/3/15):[1] | ($25,817.92) |

---

[1] The credit relates to an adequate protection payment of $37,745.50 made in the Defendants' business's bankruptcy case on December 3, 2015. *See In re Kittusamy, LLP*, 15-13868 (Bankr. D. Nev.).

| | | |
|---|---|---|
| Interest: [Calculated from 12/4/2015 to 2/2/2016 at the rate of 18% per annum ($261.26 per diem, 60 days)] | | $15,675.60 |
| Late charges: | | $2,775.06 |
| Taxes: | | $9,795.40 |
| **Subtotal:** | | **$663,095.46** |
| b. | **Guaranty of Maintenance Agreement 20997:** | |
| Principal Balance: | | $86,868.00 |
| Subtotal: | | **$86,868.00** |
| c. | **Guaranty of Lease 20938:** | |
| Principal Balance: | | $16,523.07 |
| Interest: [Calculated from 5/14/2015 to 12/3/2015 at the rate of 1.5% per month ($8.15 per diem, 203 days)] | | $1,654.45 |
| Payment Credit (12/3/15): | | ($1,298.45) |
| Interest: [Calculated from 12/4/2015 to 2/2/2016 at the rate of 1.5% per month ($8.15 per diem, 60 days)] | | $489.00 |
| **Subtotal:** | | **$17,368.07** |
| d. | **Guaranty of Lease 20939:** | |
| Principal Balance: | | $16,523.07 |
| Interest: [Calculated from 5/14/2015 to 12/3/2015 at the rate of 1.5% per month ($8.15 per diem, 203 days)] | | $1,654.45 |

_____

The payment is apportioned according to the bankruptcy court's Order Approving Stipulation to Terminate the Automatic Stay, Provide Adequate Protection, and Waive the 14-Day Stay Pursuant to FRBP 4001(a)(3). *Id.*, Dkt. 257.

| | |
|---|---:|
| Payment Credit (12/3/15): | ($1,298.45) |
| Interest:<br>[Calculated from 12/4/2015 to 2/2/2016 at the rate of 1.5% per month ($8.15 per diem, 60 days)] | $489.00 |
| **Subtotal:** | **$17,368.07** |

e.  **Guaranty of Cloud Services Agreement:**

| | |
|---|---:|
| Principal Balance: | $68,810.85 |
| Remaining Term Minimum: | $118,800.00 |
| Payment Credit (12/3/15) | ($9,330.69) |
| **Subtotal:** | **$178,280.16** |
| **TOTAL OF PRINCIPAL:** | **$962,979.77** |
| Attorneys' Fees: | $21,906.50 |
| Costs: | $1,574.60 |
| **GRANT TOTAL OF JUDGMENT:** | **$986,460.87** |

DATED this 3rd day of February, 2016.

_____
Andrew P. Gordon
United States District Judge