# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

AGFA Healthcare Corp.

Plaintiff,

V.

Bhuvaneswari P. Kittusamy and
Prem K. Kittusamy

Defendants.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:15-cv-01603-APG-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of AGFA Healthcare Corporation and against Defendants Bhuvaneswari P. Kittusamy and Prem K. Kittusamy, jointly and severally, in the principal amount of $962,979.77, plus attorneys' fees in the amount of $21,906.50 and costs in the amount of $1,574.60, for a total Judgment of $986,460.87.

February 4, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ Patti Smythe

(By) Deputy Clerk